IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE L. FLOWERS,

      Plaintiff,                     No. CIV S-11-3098 DAD P

   vs.

T. SCHIG, et al.,                     <u>ORDER AND</u>

      Defendants.             <u>ORDER TO SHOW CAUSE</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. By order filed December 1, 2011, plaintiff was ordered to inform the court within ten days whether the events described in his complaint occurred at Salinas Valley State Prison. The ten day period has expired and plaintiff has not responded in any way to the court's order.

       Accordingly, IT IS HEREBY ORDERED THAT:

       1. Within twenty days from the date of this order plaintiff shall show cause in writing why this action should not be dismissed without prejudice pursuant to Local Rule 110 and Fed. R. Civ. P. 41(b). Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

/////

1

1          2.  The Clerk of the Court is directed to serve a copy of this order and order to
2  show cause on plaintiff Donte L. Flowers aka Leonardo Donte at his address of record.
3  DATED: January 19, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
flow3098.osc