IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE L. FLOWERS,

      Plaintiff,                              No. CIV S-11-3098 DAD P

    vs.

T. SCHIG, et al.,

      Defendants.                 <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. By order filed December 1, 2011, plaintiff was ordered to inform the court within ten days whether the events described in his complaint occurred at Salinas Valley State Prison (Salinas Valley). The ten day period has expired and plaintiff did not respond in any way to the court's order. For that reason, by order filed January 20, 2012, plaintiff was directed to show cause in writing why this action should not be dismissed without prejudice.

        On February 2, 2012, plaintiff filed a response to the order to show cause. Therein, plaintiff informs the court that all of the events in his complaint occurred at Salinas Valley and he requests either dismissal of the action without prejudice or transfer to the proper jurisdiction.

1

1   The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, none of the defendants reside in this district. The claim arose in Monterey County, which is in the Northern District of California. Therefore, plaintiff's claim should have been filed in the United States District Court for the Northern District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The January 20, 2012 order to show cause is discharged; and

2. This matter is transferred to the United States District Court for the Northern District of California.

DATED: February 15, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
flow3098.21

2